**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnnie Fuson, | No. CV-21-08237-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Office of Navajo and Hopi Indian Relocation, | |
| Defendant. | |

On August 20, 2025, Plaintiff and Defendant Office of Navajo and Hopi Indian Relocation ("ONHIR" or "Defendant") submitted a Joint Status Report regarding the status of this matter. (Doc. 36). Previously, the Court affirmed the Independent Hearing Officer's ("IHO") Order denying Plaintiff's relocation benefits and granted Defendant's Cross-Motion for Summary Judgment. (Doc. 26 at 10). The Ninth Circuit, on appeal, determined that the IHO's credibility determinations were not supported by substantial evidence and that the IHO's finding that Plaintiff did not live on the Hopi Partitioned Lands homesite was arbitrary and capricious. (Doc. 33-1 at 9, 13). The Circuit therefore reversed and remanded the grant of summary judgment for further proceedings consistent with their opinion. (*Id.* at 16).

In their Joint Status Report, Plaintiff and Defendant disagree as to whether Plaintiff should be certified for benefits on remand. (Doc. 36 at 1, 3). While Plaintiff argues for his benefits certification, Defendant contends that the remand was not with instructions to award benefits. Defendant further asks that this matter be stayed due to uncertainty

regarding ONHIR's future funding. (*Id.* at 1–3).

The Court agrees that the remand did not award Plaintiff's benefits. *C.f. Shaw v. Off. of Navajo and Hopi Indian Relocation*, 860 Fed. Appx. 493, 495 (9th Cir. 2021) (unpublished) ("Judgment of the district court is REVERSED, and the case REMANDED to the district court with instructions to direct the ONHIR to grant benefits."). However, Defendant's argument to stay proceedings is unavailing and no additional delays in this matter are warranted.

Therefore,

**IT IS ORDERED** that this matter is remanded to the IHO for proceedings that properly consider witness credibility and other pertinent evidence consistent with the Circuit's opinion. The Clerk of Court shall otherwise close this case.

Dated this 4th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge